UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Cheryl A Merker                     §    Case No. 13-41422
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/DEBORAH M. GUTFELD_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Home Finance PO Box 9001871 Louisville, KY 40290 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance PO Box 9001871 Louisville, KY 40290 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285 | | | | | |
| | Cap One PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Cap One PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Card Member Services PO Box 108 Saint Louis, MO 63166 | | | | | |
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi PO Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Discover PO Box 15316 Wilmington, DE 19850 | | | | | |
| | State Farm Bank Three State Farm Plaza Bloomington, IL 61791 | | | | | |
| 1 | N. A. Capital One Bank (Usa) | | | | | |
| 3 | Portfolio Recovery Associates, Llc | | | | | |
| 2 | State Farm Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-41422 | DRC | Judge: | Donald R Cassling | Trustee Name: | DEBORAH M. GUTFELD |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Cheryl A Merker | | | | Date Filed (f) or Converted (c): | 10/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2013 |
| For Period Ending: | 08/14/2014 | | | | Claims Bar Date: | 03/11/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence Condo: 3207 W 184Th St, Apt 2B, Homewood Il 60430 | 50,000.00 | 0.00 | | 0.00 | FA |
| 2. 2 Accts @ Us Bank (Joint W/Brother) $4500.00 In Acct; Checki | 2,300.00 | 2,300.00 | | 2,300.00 | FA |
| 3. Furnishings | 1,500.00 | 1,500.00 | | 700.00 | FA |
| 4. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5. Life Insurance @Thrivent Financial (2 Brothers Are Beneficia | 5,523.00 | 1,523.00 | | 1,500.00 | FA |
| 6. Pension (Aig) | 62,000.00 | 0.00 | | 0.00 | FA |
| 7. 2001 Saturn | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $122,723.00  $5,323.00    $4,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to the Office of the U.S. Trustee for review and approval on July 17, 2014.

Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 12/31/2014

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-41422 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Cheryl A Merker | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7908 |
| | Checking |
| Taxpayer ID No: XX-XXX2419 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/14/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/14 | | Cheryl A. Merker<br>3207 184th St.<br>Homewood, IL 60430-2742 | | | $4,500.00 | | $4,500.00 |
| | | | Gross Receipts $4,500.00 | | | | |
| | 2 | | 2 Accts @ Us Bank (Joint W/Brother) $4500.00 In Acct; Checki $2,300.00 | 1129-000 | | | |
| | 3 | | Furnishings $700.00 | 1129-000 | | | |
| | 5 | | Life Insurance @Thrivent Financial (2 Brothers Are Beneficia $1,500.00 | 1129-000 | | | |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,490.00 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,480.00 |
| 06/18/14 | 101 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,125.00 | $3,355.00 |
| 06/18/14 | 102 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 25.92 % per court order. | 7100-000 | | $375.25 | $2,979.75 |
| 06/18/14 | 103 | State Farm Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 25.92 % per court order. | 7100-000 | | $2,530.15 | $449.60 |
| 06/18/14 | 104 | Portfolio Recovery Associates, Llc Successor To Capital One, N.A<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 3 representing a payment of 25.92 % per court order. | 7100-000 | | $449.60 | $0.00 |
| | | | COLUMN TOTALS | | $4,500.00 | $4,500.00 | |
| | | | Page Subtotals: | | $4,500.00 | $4,500.00 | |

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,500.00 | $4,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,500.00 | $4,500.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7908 - Checking | $4,500.00 | $4,500.00 | $0.00 |
|  | $4,500.00 | $4,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $4,500.00 |
| Total Gross Receipts: | $4,500.00 |

Page Subtotals:   $0.00   $0.00